```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
TINA M. CARR,

                    Plaintiff,
                                          ORDER
          -against-                       14-CV-3257(JS)(WDW)

NORTH SHORE LONG ISLAND JEWISH
HEALTH SYSTEMS, INC.,

                    Defendant.
----------------------------------X
APPEARANCES
For Plaintiff:     Tina M. Carr, pro se
                   320 Granada Parkway
                   Lindenhurst, NY 11757

For Defendant:     No appearance
```

SEYBERT, District Judge:

On May 27, 2014, pro se plaintiff Tina M. Carr ("Plaintiff") filed a Complaint pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 ("Title VII"). Plaintiff's Complaint was accompanied by an application to proceed in forma pauperis. Upon review of Plaintiff's declaration in support of her application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED and the Court orders service of the Complaint by the United States Marshal Service ("USMS") without prepayment of the filing fee.

## CONCLUSION

For the reasons set forth above, the application to

proceed in forma pauperis is GRANTED, and the Court ORDERS service of the Summons and Complaint by the USMS. The Clerk of the Court shall forward the Summons, the Complaint, and this Order to the USMS and the USMS shall serve the Defendant.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is further directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: June   5  , 2014
       Central Islip, New York